UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA,**

   Plaintiff,

v.                                     No. 4:25-cr-00259-P

**CAMERON ARNOLD, ET AL.,**

   Defendants.

## ORDER

The above-captioned case is currently set for trial starting on Tuesday, February 17, 2026, at 9:00 a.m. ECF No. 140. Given the number of Defendants in this case, the Court finds it necessary to schedule a Status Conference to discuss trial logistics. Accordingly, the Court hereby **SETS** a Status Conference on **Wednesday, January 14, 2026, at 9:00 a.m.** in the Fourth Floor Courtroom of the Eldon B. Mahon United States Courthouse, located at 501 W. 10th Street, Fort Worth, Texas. Counsel for all Parties are **ORDERED** to attend.[1]

**SO ORDERED** on this **5th day of January 2026.**

_/s/ Mark T. Pittman_

**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE

---

[1] Because this Status Conference is purely to discuss trial logistics, the Defendants will not be present for the Hearing.