United States District Court
Northern District of Texas
Fort Worth Division

| United States of America, | |
|---|---|
| v. | No. 4:25-CR-259-P |
| Ines Soto (8) | |

## Witness List

**To the Honorable Judge:**

Ines Soto identifies the following witnesses.

|  | Sworn | Called | Testified |
|---|---|---|---|
| **Cameron Arnold aka Autumn Hill** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the events leading up to that day.

| **Zachary Evetts** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the events leading up to that day.

| **Benjamin Hanil Song** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the events leading up to that day.

| **Savanna Batten** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the events leading up to that day.

|  | Sworn | Called | Testified |
|---|---|---|---|
| **Bradford Morris aka Meagan Morris** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the events leading up to that day.

| | | | |
|---|---|---|---|
| **Maricela Rueda** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the events leading up to that day.

| | | | |
|---|---|---|---|
| **Elizabeth Soto** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the events leading up to that day.

| | | | |
|---|---|---|---|
| **Ines Soto** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the events leading up to that day.

| | | | |
|---|---|---|---|
| **Daniel Rolando Sanchez Estrada** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the events leading up to that day.

| | | | |
|---|---|---|---|
| **Seth Sikes** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the events leading up to that day.

| | | | |
|---|---|---|---|
| **Nathan Baumann** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the events leading up to that day.

| | | | |
|---|---|---|---|
| **Joy Gibson** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the events leading up to that day.

|  | **Sworn** | **Called** | **Testified** |
|---|---|---|---|
| **Susan Kent** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the events leading up to that day.

| **Lynnette Sharp** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the events leading up to that day.

| **Rebecca Morgan** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the events leading up to that day.

| **Shelby Donahue** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the events leading up to that day.

| **John Phillip Thomas** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the events leading up to that day.

| **Dominick Donahue** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the events leading up to that day.

| **Lieutenant J. Yates #106, Alvarado PD** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the investigation of those events.

| **Lieutenant T. Gross #6, Alvarado PD** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the investigation of those events.

|  | Sworn | Called | Testified |
|---|---|---|---|
| **Lt. C. Lopez #7, Alvarado PD** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the investigation of those events.

|  | | | |
|---|---|---|---|
| **Detective G. Spurlock #124, Alvarado PD** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the investigation of those events.

|  | | | |
|---|---|---|---|
| **Sergeant Dustin Paulsen #A16, Alvarado PD** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the investigation of those events.

|  | | | |
|---|---|---|---|
| **Sgt. D. Mello #18, Alvarado PD** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the investigation of those events.

|  | | | |
|---|---|---|---|
| **Ofc. C. Solis #29, Alvarado PD** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the investigation of those events.

|  | | | |
|---|---|---|---|
| **Ofc. C.W. Eadler #A33, Alvarado PD** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the investigation of those events.

|  | | | |
|---|---|---|---|
| **Ofc. J. Zapata #A20, Alvarado PD** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the investigation of those events.

|  | | | |
|---|---|---|---|
| **Officer D. Bell #27, Alvarado PD** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the investigation of those events.

|  | Sworn | Called | Testified |
|---|---|---|---|
| **Trooper M. Masella, Texas DPS** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the investigation of those events.

| | | | |
|---|---|---|---|
| **Trooper D. Williams, Texas DPS** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the investigation of those events.

| | | | |
|---|---|---|---|
| **Trooper P. Grayson, Texas DPS** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the investigation of those events.

| | | | |
|---|---|---|---|
| **Trooper C. George, Texas DPS** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the investigation of those events.

| | | | |
|---|---|---|---|
| **Trooper E. Mata, Texas DPS** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the investigation of those events.

| | | | |
|---|---|---|---|
| **Tyler Williamson, Texas Ranger, Texas DPS** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the investigation of those events.

| | | | |
|---|---|---|---|
| **Clark Wiethorn, S/A, FBI** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the investigation of those events.

| | | | |
|---|---|---|---|
| **Patrick McGuire, S/A, FBI** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the investigation of those events.

|  | **Sworn** | **Called** | **Testified** |
|---|---|---|---|
| **Marcellus Hobbs, S/A, FBI** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the investigation of those events.

|  | **Sworn** | **Called** | **Testified** |
|---|---|---|---|
| **Chris Maffei, S/A, FBI** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the investigation of those events.

|  | **Sworn** | **Called** | **Testified** |
|---|---|---|---|
| **Seth Webb, S/A, FBI** | _____ | _____ | _____ |

This witness will testify about the events of July 4, 2025 and the investigation of those events.

Respectfully submitted,

/s/ Leigh W. Davis_____
(Mr.) Leigh W. Davis
1901 Central Dr. Suite 730
Bedford, TX 76021
817.868.9500
817.591.4701 (fax)
Texas Bar No. 24029505
lwd@leighwdavis.com

## Certificate of Service

I certify that a copy of this document has been sent by eservice to all attorneys of record and by electronic mail to the court's reporter on February 12, 2026.

/s/ Leigh W. Davis_____
(Mr.) Leigh W. Davis